THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES F. DAVIES, Defendant-Appellant.

(No. 11499; )

Fourth District—September 13, 1972.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Donald S. Frey, of Evanston, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, (Ronald L. Carpel, Assistant State's Attorney, of counsel,) for the People.